**DISMISS and Opinion Filed March 9, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01331-CV

### IN RE GUARDIANSHIP OF M.K.P.,
### AN ALLEGED INCAPACITATED PERSON

**On Appeal from the Probate Court No. 1
Dallas County, Texas
Trial Court Cause No. PR-22-03147-1**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Before the Court is appellant's motion to dismiss the appeal based on settlement. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

221331F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

IN RE: GUARDIANSHIP OF
M.K.P., AN ALLEGED
INCAPACITATED PERSON

No. 05-22-01331-CV

On Appeal from the Probate Court
No. 1, Dallas County, Texas
Trial Court Cause No. PR-22-03147-1.
Opinion delivered by Chief Justice
Burns, Justices Molberg and
Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement among the parties, we **ORDER** that appellees Colette Barbara Brozik Bliobenes and Nike Ladapo recover their costs, if any, of this appeal from appellant Paul F. Pitre.

Judgment entered this 9th day of March 2023.